1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-6962
6  FAX: (415) 436-6748
   melissa.k.brown@usdoj.gov
7
   Attorneys for Defendant
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12
   DENICE DIXON,                      )   No. C-09-01694 CRB
13                                    )
         Plaintiff,                   )   STIPULATION AND [PROPOSED]
14                                    )   ORDER TO EXTEND TIME FOR
      v.                              )   FEDERAL DEFENDANTS TO FILE
15                                    )   RESPONSIVE PLEADING AND TO
   UNITED STATES OF AMERICA, and      )   CONTINUE INITIAL CASE
16 OFFICE OF FEDERAL EMPLOYEES'       )   MANAGEMENT CONFERENCE DATE
   GROUP LIFE INSURANCE "OFEGLI" an   )
17 administrative division of MetLife,)
                                      )
18       Defendant.                   )
                                      )
19
20 _____
21
22
23
24
25
26
27
28
   STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE
   RESPONSIVE PLEADING AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE
   Case No C-09-01694 JCS

1   The parties, plaintiff Denice Dixon ("Plaintiff") and the federal defendant United States
2   of America ("Defendant") by and through their counsel stipulate to the following:
3   WHEREAS Plaintiff's filed their complaint in case on April 17, 2009;
4   WHEREAS the United States Attorneys Office for the Northern District of California, San
5   Francisco received a copy of the complaint via certified mail on May 7, 2009;
6   WHEREAS, the Defendants' responsive pleading is currently due on July 6, 2009;
7   WHEREAS, the Defendant will likely have to submit an administrative record with its
8   responsive pleading pursuant to Local Rule 16-5 and that administrative record is being prepared;
9   WHEREAS, the Initial Case Management Conference in the above-captioned case is
10  currently set for July 31, 2009 at 8:30 a.m.;
11  WHEREAS, the counsel for the Defendant is not available on that date due to a prior
12  commitment;
13  The parties hereby agree and stipulate as follows:
14      1.  The Defendants shall have until August 5, 2009, to file a responsive pleading in
15          the action case No. C-09-01694 CRB;
16      2.  The Initial Case Management Conference is continued to August 14, 2009 or a
17          date that is convenient for the Court.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 22, 2009

MELISSA K. BROWN
Assistant United States Attorney

LARRY E. LULOFS, ESQ.
Morton, Lulofs & Wood LLP.

Dated: June __, 2009

LARRY E. LULOFS
Attorneys for the Plaintiff

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE
RESPONSIVE PLEADING AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE
Case No C-09-01694 JCS

2

1. The parties, plaintiff Denice Dixon ("Plaintiff") and the federal defendant United States
2. of America ("Defendant") by and through their counsel stipulate to the following:
3.     WHEREAS Plaintiff's filed their complaint in case on April 17, 2009;
4.     WHEREAS the United States Attorneys Office for the Northern District of California, San
5. Francisco received a copy of the complaint via certified mail on May 7, 2009;
6.     WHEREAS, the Defendants' responsive pleading is currently due on July 6, 2009;
7.     WHEREAS, the Defendant will likely have to submit an administrative record with its
8. responsive pleading pursuant to Local Rule 16-5 and that administrative record is being prepared;
9.     WHEREAS, the Initial Case Management Conference in the above-captioned case is
10. currently set for July 31, 2009 at 8:30 a.m.;
11.     WHEREAS, the counsel for the Defendant is not available on that date due to a prior
12. commitment;
13.     The parties hereby agree and stipulate as follows:
14.     1. The Defendants shall have until August 5, 2009, to file a responsive pleading in
15.         the action case No. C-09-01694 CRB;
16.     2. The Initial Case Management Conference is continued to August 14, 2009 or a
17.         date that is convenient for the Court.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 22, 2009

MELISSA K. BROWN
Assistant United States Attorney

LARRY E. LULOFS, ESQ.
Morton, Lulofs & Wood LLP.

Dated: June 24, 2009

LARRY E. LULOFS
Attorneys for the Plaintiff

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE RESPONSIVE PLEADING AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE
Case No C-09-01694 JCS

2

1
2
3   Dated: June 26, 2009
4
5

        KARA WARNER
        K & L Gates LLP.

        S/ Kara Warner
        _____
        KARA WARNER
        Attorneys for Defendant MetLife

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE RESPONSIVE PLEADING AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE
Case No C-09-01694 JCS

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

~~[PROPOSED]~~ **ORDER**

The Court orders that the Defendant shall have until August 5, 2009, to a file responsive pleading to the Complaint in Case No. C-09-01694 CRB.  The Court further orders that the Initial Case Management conference is continued to August 14, 2009 at 8:30 a.m.

DATED:  June 29, 2009



HONORABLE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE RESPONSIVE PLEADING AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE
Case No C-09-01694 JCS

4