Linda G. Moore
*Appearing Pro Hac Vice*
K&L GATES, LLP
1717 Main Street
Suite 2800`
Dallas, TX  75201
Telephone:  (214) 939-5500
Facsimile:   (214) 939-5849
linda.moore@klgates.com

*Attorneys for Defendant Metropolitan Life Insurance Company (erroneously sued as "Office of Federal Employees' Group Life Insurance, an administrative division of MetLife")*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENICE DIXON,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, and OFFICE OF FEDERAL EMPLOYEES' GROUP LIFE INSURANCE, an administrative division of METLIFE,<br><br>            Defendants. | Case No.  **C-09-01694**<br><br>**STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERECE**<br><br>Date:      August 21, 2009<br>Time:      8:30 a.m.<br>Dept:      8<br>Judge:     Hon. Charles R. Bryer |

WHEREAS, the Court scheduled the initial case management conference for August 14, 2009 at 8:30 a.m.;

WHEREAS, lead trial counsel for Defendant Metropolitan Life Insurance Company ("MetLife"), Linda G. Moore , Esq., practices in Dallas, Texas and has been admitted to appear in this matter *pro hac vice*;

WHEREAS, Ms. Moore desires to appear on behalf of MetLife at the initial case management conference; and

WHEREAS it would be more efficient if Ms. Moore could appear telephonically at the case management conference rather than travel from Texas to the Northern District of California for the

1 appearance;

2 The parties, by and through their respective counsel of record, hereby stipulate and
3 respectfully request the Court to permit Linda G. Moore to appear telephonically at the August 21,
4 2009 case management conference.

5 IT IS SO STIPULATED.

K&L GATES LLP

Dated: July 30, 2009     By:   /s/ Linda G. Moore
                              Linda G. Moore, appearing *pro hac vice*
                              Edward P. Sangster
                              Kara V. Warner
                              Attorneys for Defendant Metropolitan Life
                              Insurance Company


JOSEPH P. RUSSONIELLO
United States Attorney


Dated: July 30, 2009     By:   /s/ Melissa Brown
                              MELISSA K. BROWN
                              Assistant United States Attorney


Morton, Lulofs & Wood LLP

Dated: July 30, 2009     By:   /s/ Larry Lulofs
                              LARRY E. LULOFS
                              Attorney for Plaintiff


IT IS SO ORDERED.

Dated: 08/03, 2009

Hon. Judge Charles R. Breyer

2
**STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**
**Case No. 09-01694**