Larry E. Lulofs (CSB 88804)
MORTON, LULOFS & WOOD, LLP
180 Grand Ave., Suite 1500
Oakland, CA 94612
Telephone: (510) 444-5521
Facsimile: (510) 444-8263

Attorney for Plaintiff
DENICE DIXON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENICE DIXON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendants. | Case No. C 09-01694 CRB<br><br>ORDER RE-SCHEDULING HEARINGS ON MOTIONS FOR SUMMARY JUDGMENT OF USPS AND METROPOLITAN LIFE INSURANCE COMPANY |

The parties having submitted a Stipulation to Re-Schedule Hearings on Motions for Summary Judgment, and good cause appearing therefore,

It is hereby ordered that the motions for summary judgment by Defendants United States Postal Service and Metropolitan Life Insurance Company previously set for hearing on November 13, 2009 are hereby continued and will be heard on Friday, December 18, 2009, at 10:00 a.m. in Courtroom 8.

Dated:   Oct. 05, 2009

The Honorable Char

The Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

1

Order Re-Scheduling Hearing Date on Defendants' MSJs