Larry E. Lulofs (CSB 88804)
MORTON, LULOFS & WOOD, LLP
180 Grand Ave., Suite 1500
Oakland, CA 94612
Telephone: (510) 444-5521
Facsimile: (510) 444-8263

Attorney for Plaintiff
DENICE DIXON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| DENICE DIXON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. C 09-01694 CRB<br><br>(PROPOSED) ORDER TO PERMIT FILING OF LATE BRIEFS BY PLAINTIFF AND DEFENDANTS ON SUMMARY JUDGMENT OF USPS AND MET LIFE<br><br>Date: December 18, 2009<br>Time: 10:00 A.M.<br>Dept.: Courtroom 8 |

1

[Proposed] Order to Permit Filing of Late Briefs by Plaintiff and
Defendants on Summary Judgment of USPS and Met Life

The Parties having stipulated, it is hereby ordered as follows:

Plaintiff shall file her opposition brief and serve it on the parties no later than 4:00 P.M. on Monday, December 7, 2009.

Defendants may file their reply briefs no later than 4:00 P.M. Friday, December 11, 2009.

IT IS SO ORDERED.

Dated: December 8, 2009



CHARLES R. BREYER
UNITED STATES D

2