Larry E. Lulofs (CSB 88804)
**MORTON, LULOFS & WOOD, LLP**
180 Grand Ave., Suite 1500
Oakland, CA 94612
Telephone: (510) 444-5521
Facsimile: (510) 444-8263

Attorney for Plaintiff
DENICE DIXON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENICE DIXON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No.: CO9-01694 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY WITHOUT PREJUDICE** |

The parties, Plaintiff Denice Dixon ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("MetLife"), by and through their counsel stipulate to the following:

WHEREAS, Plaintiff filed her complaint on April 17, 2009, naming the Office of Federal Employees' Group Life Insurance, an administrative division of MetLife, as one of the defendants;

WHEREAS, on October 1, 2009, Plaintiff amended her complaint to change the name of Defendant Office of Federal Employees Group Life Insurance "OFEGLI" to read Metropolitan Life Insurance Company;

WHEREAS, Plaintiff has agreed to dismiss MetLife and all claims against MetLife without prejudice;

STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY WITHOUT PREJUDICE – PAGE 1

1

2  It is agreed and stipulated that Defendant MetLife and all claims alleged against it
3
4  are dismissed without prejudice, with each party to bear their own costs.
5
6  Dated: 12/18/2009        Morton, Lulofs & Wood LLP
7
                            By _____
8                              Larry E. Lulofs, Attorneys for Plaintiff

9  Dated: _____   Office of the United States Attorney
10
11                          By _____
                               Melissa K. Brown, Attorneys for USPS
12
13 Dated: 12/18/2009         K & L Gates, LLP
14
                            By _____
15                             Linda G. Moore, Attorneys for MetLife

16
17
18                              So Ordered
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT METROPOLITAN LIFE INSURANCE
COMPANY WITHOUT PREJUDICE – PAGE 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER

The Court orders that Defendant Metropolitan Life Insurance Company and all claims alleged against it are dismissed without prejudice and that the parties are to bear their own costs.

DATED: Dec. 18, 2009

_____
UNITED STATES DISTRICT
JUDGE CHARLES R. BREYER